IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID PATE                                                                                      PLAINTIFF

NO. 5:17-cv-00083 JM/PSH

ARKANSAS DEPARTMENT OF CORRECTION                                    DEFENDANTS
and JAMES PLUMMER

## ORDER

The Court has received findings and a recommendation from U.S. Magistrate Judge Patricia S. Harris. No objections were filed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The claim advanced by plaintiff David Pate ("Pate") against defendant Arkansas Department of Correction ("ADC") is dismissed, and the ADC is dismissed with prejudice from this case. Pate may proceed against defendant James Plummer.

IT IS SO ORDERED this 5th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE